# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**

**VS.**                             **NO. 4:07CR00122-01-JM**

**JORGE GEOVANNY GONZALES-LARA**

## ORDER

Defendant's Motion for Two Point Reduction (Doc. No. 76), based on Sentencing Guideline Amendment 782, is DENIED.

Amendment 782 retroactively reduces most drug quantity base offense levels by two. However, only those defendants serving a sentence determined or affected by a range calculated using the drug quantity table, U.S.S.G. § 2D1.1, are potentially eligible for a reduction. Since Defendant's base offense level was determined by his career offender status under § 4B1.1, not the drug quantity table, he is not eligible for a reduction.

IT IS SO ORDERED this 8th day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE