## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**

**VS.**                    **4:07-CR-00122-01-JM**

**JORGE GONZALES-LARA**

### ORDER

Defendant's Motion to Reduce Sentence (Doc. No. 81) is DENIED.

Defendant was sentenced as a career offender under the Guidelines based on two qualifying drug convictions, so he still qualifies as a career offender.

IT IS SO ORDERED this 28th day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE